**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF KENTUCKY**

**NOTHERN DIVISION**

at

**COVINGTON**

Electronically Filed

| | |
|---|---|
| Bernard Depperschmidt<br>416 Carlisle<br> Melbourne, KY<br><br>and<br><br>Terry Angel<br>1009 Wedgwood Dr<br>Independence, KY<br><br>        Plaintiffs<br><br>    vs.<br><br><br>Sara Lee Corporation<br>c/o<br>CSC LAWYERS INCORPORATING<br>SERVICE COMPANY<br>421 W MAIN ST<br>FRANKFORT, KY 40601<br><br>        Defendant | Case No.:_____<br><br>_____<br><br><br>COMPLAINT |

    Comes now the Plaintiffs, by and through Counsel, and states for their complaint as follows:

Complaint - 1

1. Plaintiffs are, and were at all times pertinent to this Complaint, residents of the Commonwealth of Kentucky; Plaintiff Depperschmidt in Campbell County KY and Plaintiff Angel in Kenton County KY.

2. Defendant is, and was at all times pertinent to this Complaint, a corporation registered under the laws of the Commonwealth of Kentucky as a Foreign Corporation, organized and existing in the state of Maryland, whose registered agent is: CSC LAWYERS INCORPORATING SERVICE COMPANY, 421 W MAIN ST, FRANKFORT, KY 40601, and whose principal office is THREE FIRST NATIONAL PLAZA CHICAGO, IL 60602, and who is, and was at all times pertinent to this Complaint, doing business in Campbell County in the Commonwealth of Kentucky.

3. Plaintiffs were employed by Defendant at Defendant's Alexandria, Kentucky facility as follows:
   a. Plaintiff Depperschmidt from April 2, 2005 until November 10, 2006, at an average wage of $20.49 per hour.
   b. Plaintiff Angel from November 10, 2005 until July 7, 2006, at an average wage of $20.00 per hour.

4. Defendant is an Employer, under U.S.C. Title 29, and is covered by the Federal Wage and Hour Act.

5.   Plaintiffs were employed as hourly employees, under U.S.C. Title 29, and their employment by Defendant is covered by the Federal Wage and Hour Act.

6.   Plaintiffs were paid by Defendant for eight (8) hours each work day.

7.   Plaintiffs were required by Defendant to be on the work site eight-and-one-half (8 ½) hours per days, five days per week.

8.   Plaintiffs were assigned a one-half (1/2) hour un-paid time during each eight-and-one-half (8½) hour shift to eat lunch, but during that one-half (1/2) hour time Defendant employer required Plaintiffs to:
   a. Remain on site
   b. Carry a two-way radio
   c. Carry a pager
   d. Be on-call at any time for an immediate return to work

9. It was common for Plaintiffs to be called to work during that one-half (1/2) hour wait time, in fact such occurrence happened regularly more than once per week.

10. That wait time was in excess of an eight (8) hour day, and increased the time Plaintiffs worked each week to two and one-half hours per week over a forty (40) hour work week, and thus per 29 U.S.C. 207(a)entitles Plaintiffs to overtime rates for that time.

11. Defendant did not pay Plaintiffs for the wait time of one-half (1/2) hour per day, two and one-half hours per week.

THEREFORE, Plaintiffs pray this court for relief in the form of:

1. Payment of wages owed for the two and one-half (1/2) hour time work/wait time each week, at overtime rates, during the time plaintiffs were employed by Defendant, as follows:
    a. Plaintiff Depperschmidt:   $6,334.29
    b. Plaintiff Angel:           $2,560.71

Complaint - 4

2. Per 29 U.S.C. 216(b) double the amount of wages owed each Plaintiff as liquidated damages.

3. Per 29 U.S.C. 216(b Plaintiff's attorneys fees, costs and expenses.

4. Such other relief as the Court may find equitable and appropriate.

Respectfully submitted and dated this 14th day of June, 2007.

                                            /s/ Leon F. Brown

                                            Leon F. Brown
                                            Attorney for Plaintiffs
                                            1419 Alexandria Pike
                                            Fort Thomas, KY 41075
                                            859-781-6620
                                            Fax: 859-838-4628
                                            LBrown@LFB-Law.com